# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2014 OCT 31  AM 8: 19

| UNITED STATES OF AMERICA, | CASE NO.  14CR3101-JMA |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOSE FLORES-DIAZ, AKA: ALBERTO GALINDO-FLORES | |
| Defendant. | |

 IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

 X  the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

 X  of the offense(s) as charged in the Indictment/Information:

 8:1325

 IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/30/14

JAN M. ADLER, US MAGISTRATE JUDGE